UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

DONALD GARY JONES                         CASE NO. 14-50639
JANET KENDRICK JONES                      JUDGE CATHARINE R. ARON
283 GROVE COURT
THOMASVILLE, NC  27360

   DEBTORS

SSN(1) XXX-XX-9339      SSN(2) XXX-XX-1800      DATE:  04/07/2015

REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALLY FINANCIAL<br>P.O. BOX 380902<br>BLOOMINGTON, MN  55438-0902 | $0.00<br>INT:  .00%<br>CLAIM #:  0019 | NOTICES ONLY<br>NOT FILED<br>ACCT:  8336<br>COMMENT:  NOTICES ONLY |
| ALLY FINANCIAL<br>P.O. BOX 380902<br>BLOOMINGTON, MN  55438-0902 | $0.00<br>INT:  .00%<br>CLAIM #:  0020 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: BNC |
| ALLY FINANCIAL<br>PAYMENT PROCESSING CENTER<br>P O BOX 78369<br>PHOENIX, AZ  85062-8369 | $39,915.11<br>INT:  .00%<br>CLAIM #:  0063 | UNSECURED<br><br>ACCT:  8336<br>COMMENT: |
| ALLY FINANCIAL<br>%ALLY SERVICING LLC<br>P O BOX 130424<br>ROSEVILLE, MN  55113 | $0.00<br>INT:  .00%<br>CLAIM #:  0065 | NOTICES ONLY<br>AMENDED<br>ACCT:<br>COMMENT:  NOTICES ONLY #63 |
| ALTAIR OH XIII LLC<br>%WEINSTEIN PINSON & RILEY PS<br>P O BOX 3978<br>SEATTLE, WA  98124 | $5,475.72<br>INT:  .00%<br>CLAIM #:  0021 | UNSECURED<br><br>ACCT:  2972<br>COMMENT: |
| ALTAIR OH XIII, LLC<br>C/O WEINSTEIN PINSON & RILEY, PS<br>P.O. BOX 3978<br>SEATTLE, WA  98124 | $0.00<br>INT:  .00%<br>CLAIM #:  0022 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: BNC |
| BRANCH BANKING & TRUST CO.<br>BANKRUPTCY SECTION<br>P.O. BOX 1847<br>WILSON, NC  27894-1847 | $0.00<br>INT:  .00%<br>CLAIM #:  0005 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT:  NOTICES ONLY |
| BRANCH BANKING & TRUST CO.<br>BANKRUPTCY SECTION<br>P.O. BOX 1847<br>WILSON, NC  27894-1847 | $0.00<br>INT:  .00%<br>CLAIM #:  0006 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: BNC |

PAGE 2  -  CHAPTER 13 CASE NO. 14-50639

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CAPITAL ONE AUTO FINANCE<br>3905 N. DALLAS PARKWAY<br>PLANO, TX  75093 | $0.00<br>INT: .00%<br>CLAIM #: 0023 | NOTICES ONLY<br>NOT FILED<br>ACCT: 5124<br>COMMENT:  NOTICES ONLY |
| CAPITAL ONE AUTO FINANCE<br>3905 N. DALLAS PARKWAY<br>PLANO, TX  75093 | $0.00<br>INT: .00%<br>CLAIM #: 0024 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: BNC |
| CAPITAL ONE NA<br>%BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355-0701 | $596.18<br>INT: .00%<br>CLAIM #: 0025 | UNSECURED<br>ACCT: 2765<br>COMMENT: |
| CAPITAL ONE, N.A.<br>C/O BECKET & LEE, LLP<br>P.O. BOX 3001<br>MALVERN, PA  19355 | $0.00<br>INT: .00%<br>CLAIM #: 0026 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: BNC |
| CHASE<br>P.O. BOX 15298<br>WILMINGTON, DE  19850-5298 | $0.00<br>INT: .00%<br>CLAIM #: 0027 | UNSECURED<br>NOT FILED<br>ACCT: 6486<br>COMMENT: |
| CHASE<br>P.O. BOX 15298<br>WILMINGTON, DE  19850-5298 | $0.00<br>INT: .00%<br>CLAIM #: 0028 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: BNC |
| CREDIT BUREAU<br>P.O. BOX 26140<br>GREENSBORO, NC  27402 | $0.00<br>INT: .00%<br>CLAIM #: 0060 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: BNC |
| DAVIDSON COUNTY<br>OFFICE OF TAX COLLECTOR<br>PO BOX 1577<br>LEXINGTON, NC  27293-1577 | $0.00<br>INT: .00%<br>CLAIM #: 0014 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: BNC |
| DAVIDSON COUNTY TAX COLLECTOR<br>P O BOX 1577<br>LEXINGTON, NC  27293-1577 | $496.85<br>INT: 9.00%<br>CLAIM #: 0013 | REAL PROPERTY-SECURED<br>ACCT: 4958<br>COMMENT: 2013 RP TAX |
| DAVIDSON COUNTY TAX COLLECTOR<br>P O BOX 1577<br>LEXINGTON, NC  27293-1577 | $304.19<br>INT: .00%<br>CLAIM #: 0069 | TAX-PRIORITY<br>ACCT: 4958<br>COMMENT: 2013 PERS PROP TAX |
| DAVIDSON COUNTY TAX COLLECTOR<br>P O BOX 1577<br>LEXINGTON, NC  27293-1577 | $277.21<br>INT: .00%<br>CLAIM #: 0070 | UNSECURED<br>ACCT: 4958<br>COMMENT: 05,07,08,12 PERS PROP TAX |
| EMERGENCY PHYSICIANS GROUP, LLC<br>C/O FRANKLIN COLLECTION SERVICES<br>P.O. BOX 3910<br>TUPELO, MS  38803 | $0.00<br>INT: .00%<br>CLAIM #: 0029 | UNSECURED<br>NOT FILED<br>ACCT: 1876<br>COMMENT: |

PAGE 3  -  CHAPTER 13 CASE NO. 14-50639

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| EMERGENCY PHYSICIANS GROUP, LLC<br>C/O FRANKLIN COLLECTION SERVICES<br>P.O. BOX 3910<br>TUPELO, MS 38803 | $0.00<br>INT: .00%<br>CLAIM #: 0030 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: BNC |
| EMPIRE ACCEPTANCE CO INC<br>P O BOX 18245<br>GREENSBORO, NC 27419 | MONTHLY PMT $215.74<br>INT: .00%<br>CLAIM #: 0001 | CONTINUING-SECURED<br>ACCT: 7719<br>COMMENT: 2ND D/T |
| EMPIRE ACCEPTANCE CO INC<br>P O BOX 18245<br>GREENSBORO, NC 27419 | $2,373.14<br>INT: .00%<br>CLAIM #: 0062 | ARREARAGE CONTINUING-SECURED<br>ACCT: 7719<br>COMMENT: ARREARAGE-2ND D/T |
| EMPIRE ACCEPTANCE CO., INC.<br>P.O. BOX 18245<br>GREENSBORO, NC 27419 | $0.00<br>INT: .00%<br>CLAIM #: 0002 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: BNC |
| EMPLOYMENT SECURITY COMMISSION<br>PO BOX 26504<br>RALEIGH, NC 27611 | $0.00<br>INT: .00%<br>CLAIM #: 0059 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: BNC |
| FIRSTPOINT COLLECTION RESOURCES<br>PO BOX 26140<br>GREENSBORO, NC 27402 | $0.00<br>INT: .00%<br>CLAIM #: 0031 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FIRSTPOINT COLLECTION RESOURCES<br>PO BOX 26140<br>GREENSBORO, NC 27402 | $0.00<br>INT: .00%<br>CLAIM #: 0032 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: BNC |
| GE CAPITAL RETAIL BANK<br>ATTN: BANKRUPTCY DEPT.<br>P.O. BOX 103104<br>ROSWELL, GA 30076 | $0.00<br>INT: .00%<br>CLAIM #: 0033 | UNSECURED<br>NOT FILED<br>ACCT: 1931<br>COMMENT: |
| GE CAPITAL RETAIL BANK<br>ATTN: BANKRUPTCY DEPT.<br>P.O. BOX 103104<br>ROSWELL, GA 30076 | $0.00<br>INT: .00%<br>CLAIM #: 0034 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: BNC |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | $0.00<br>INT: .00%<br>CLAIM #: 0015 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: NOTICES ONLY |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | $0.00<br>INT: .00%<br>CLAIM #: 0016 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: BNC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA 19101-7317 | $0.00<br>INT: .00%<br>CLAIM #: 0066 | TAX-PRIORITY<br>AMENDED<br>ACCT: 9339<br>COMMENT: 2012 INCOME,AMD 7/14 TO<br>$0 |

PAGE 4  -  CHAPTER 13 CASE NO. 14-50639

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>CLAIM #: 0067 | NOTICES ONLY<br>AMENDED<br>ACCT: 9339<br>COMMENT:  NOTICES ONLY #66 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 953185<br>ST LOUIS, MO  63195-3185 | $8,339.71<br>INT: .00%<br>CLAIM #: 0035 | UNSECURED<br><br>ACCT: 4970<br>COMMENT: |
| JEFFERSON CAPITAL SYSTEMS, LLC<br>P.O. BOX 7999<br>SAINT CLOUD, MN  56302-9617 | $0.00<br>INT: .00%<br>CLAIM #: 0036 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: BNC,#35 |
| LENDMARK<br>400 EAST HANES MILL ROAD<br>WINSTON SALEM, NC  27105-9136 | $0.00<br>INT: .00%<br>CLAIM #: 0004 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: BNC |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $360.05<br>INT: .00%<br>CLAIM #: 0037 | UNSECURED<br><br>ACCT: 0709<br>COMMENT: |
| LVNV FUNDING, LLC<br>C/O RESURGENT CAPITAL SERVICES<br>P.O. BOX 10587<br>GREENVILLE, SC  29603 | $0.00<br>INT: .00%<br>CLAIM #: 0038 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: BNC |
| NORTH CAROLINA DEPARTMENT OF<br>REVENUE<br>PO BOX 1168<br>RALEIGH, NC  27640 | $0.00<br>INT: .00%<br>CLAIM #: 0017 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: NOTICES ONLY |
| NORTH CAROLINA DEPARTMENT OF<br>REVENUE<br>PO BOX 1168<br>RALEIGH, NC  27640 | $0.00<br>INT: .00%<br>CLAIM #: 0018 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: BNC |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $335.63<br>INT: .00%<br>CLAIM #: 0039 | UNSECURED<br><br>ACCT: 7707<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>P O BOX 41067<br>NORFOLK, VA  23541 | $0.00<br>INT: .00%<br>CLAIM #: 0068 | NOTICES ONLY<br>NOT FILED<br>ACCT: 7707<br>COMMENT: NOTICES ONLY #39 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>P.O. BOX 12914<br>NORFOLK, VA  23541 | $0.00<br>INT: .00%<br>CLAIM #: 0040 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: BNC |
| PRA RECEIVABLES MANAGEMENT LLC<br>AS AGENT OF PORTFOLIO RECOVERY<br>ASSOCIATES LLC/P O BOX 12914<br>NORFOLK, VA  23541 | $5,561.97<br>INT: 5.25%<br>CLAIM #: 0003 | SECURED<br><br>ACCT: 0147<br>COMMENT: 2012 KRAFTSMAN TRAILER |

PAGE 5  -  CHAPTER 13 CASE NO. 14-50639

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC<br>AS AGENT OF PORTFOLIO RECOVERY<br>ASSOCIATES LLC/P O BOX 41067<br>NORFOLK, VA  23541 | $0.00<br>INT:  .00%<br>CLAIM #:  0073 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT:  NOTICES ONLY #3 |
| PROGRESSIVE MANAGMENT<br>1521 W. CAMERON AVENUE<br>WEST COVINA, CA  91790-2738 | $0.00<br>INT:  .00%<br>CLAIM #:  0041 | UNSECURED<br>NOT FILED<br>ACCT: 6255<br>COMMENT: |
| PROGRESSIVE MANAGMENT<br>1521 W. CAMERON AVENUE<br>WEST COVINA, CA  91790-2738 | $0.00<br>INT:  .00%<br>CLAIM #:  0042 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: BNC |
| QUANTUM3 GROUP LLC<br>AS AGENT FOR MOMA FUNDING LLC<br>P O BOX 788<br>KIRKLAND, WA  98083 | $2,540.76<br>INT:  .00%<br>CLAIM #:  0043 | UNSECURED<br>ACCT: 1014<br>COMMENT: |
| QUANTUM3 GROUP LLC<br>AS AGENT FOR MOMA FUNDING LLC<br>P O BOX 788<br>KIRKLAND, WA  98083 | $487.52<br>INT:  .00%<br>CLAIM #:  0045 | UNSECURED<br>ACCT: 6453<br>COMMENT: |
| QUANTUM3 GROUP, LLC<br>AGENT FOR ELITE RECOVERY<br>ACQUISITIONS<br>P.O. BOX 788<br>KIRKLAND, WA  98083 | $0.00<br>INT:  .00%<br>CLAIM #:  0044 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: BNC |
| QUANTUM3 GROUP, LLC AS AGENT FOR<br>MOMA FUNDING, LLC<br>P.O. BOX 788<br>KIRKLAND, WA  98083 | $0.00<br>INT:  .00%<br>CLAIM #:  0046 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: BNC |
| REGIONAL MANAGEMENT CORP.<br>P.O. BOX 776<br>MAULDIN, SC  29662 | $0.00<br>INT:  .00%<br>CLAIM #:  0047 | UNSECURED<br>NOT FILED<br>ACCT: 1014<br>COMMENT: |
| REGIONAL MANAGEMENT CORP.<br>P.O. BOX 776<br>MAULDIN, SC  29662 | $0.00<br>INT:  .00%<br>CLAIM #:  0048 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: BNC |
| REGISTER OF DEEDS<br>DAVIDSON COUNTY<br>P O BOX 464<br>LEXINGTON, NC  27293-0464 | $26.00<br>INT:  .00%<br>CLAIM #:  0072 | REGISTER OF DEEDS NOTICE<br>ACCT:  COST<br>COMMENT:  NO CLAIM |
| SCA COLLECTIONS<br>300 EAST ARLINGTON BLVD., SUITE 6-A<br>GREENVILLE, NC  27858 | $0.00<br>INT:  .00%<br>CLAIM #:  0049 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SCA COLLECTIONS<br>300 EAST ARLINGTON BLVD., SUITE 6-A<br>GREENVILLE, NC  27858 | $0.00<br>INT:  .00%<br>CLAIM #:  0050 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: BNC |

PAGE 6  -  CHAPTER 13 CASE NO. 14-50639

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| SECURITY FINANCIAL SERVICES<br>1116 EASTCHESTER DRIVE, SUITE 112<br>HIGH POINT, NC 27265 | $0.00<br>INT: .00%<br>CLAIM #: 0053 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: NOTICES ONLY |
| SECURITY FINANCIAL SERVICES<br>1116 EASTCHESTER DRIVE, SUITE 112<br>HIGH POINT, NC 27265 | $0.00<br>INT: .00%<br>CLAIM #: 0054 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: BNC |
| SFC CENTRAL BANKRUPTCY & RECOVERY<br>DEPT,<br>P.O. BOX 1893<br>SPARTANBURG, SC 29304 | $0.00<br>INT: .00%<br>CLAIM #: 0051 | UNSECURED<br>NOT FILED<br>ACCT: 5391<br>COMMENT: |
| SFC CENTRAL BANKRUPTCY & RECOVERY<br>DEPT,<br>P.O. BOX 1893<br>SPARTANBURG, SC 29304 | $0.00<br>INT: .00%<br>CLAIM #: 0052 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: BNC |
| SPRINGLEAF FINANCIAL SERVICES<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731 | MONTHLY PMT $594.94<br>INT: .00%<br>CLAIM #: 0007 | CONTINUING-SECURED<br><br>ACCT: 1580<br>COMMENT: NF-1ST D/T |
| SPRINGLEAF FINANCIAL SERVICES<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731 | $0.00<br>INT: .00%<br>CLAIM #: 0008 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: BNC |
| SPRINGLEAF FINANCIAL SERVICES<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731 | $8,400.00<br>INT: .00%<br>CLAIM #: 0071 | ARREARAGE CONTINUING-SECURED<br><br>ACCT: 1580<br>COMMENT: NF-EST ARREARAGE |
| TD BANK USA N.A.<br>C/O WEINSTEIN & RILEY PS<br>P.O. BOX 3978<br>SEATTLE, WA 98124 | $0.00<br>INT: .00%<br>CLAIM #: 0055 | UNSECURED<br>NOT FILED<br>ACCT: 7104<br>COMMENT: |
| TD BANK USA N.A.<br>C/O WEINSTEIN & RILEY PS<br>P.O. BOX 3978<br>SEATTLE, WA 98124 | $0.00<br>INT: .00%<br>CLAIM #: 0056 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: BNC |
| TOM GILL CHEVROLET<br>7830 COMMERCE DRIVE<br>FLORENCE, KY 41042 | $0.00<br>INT: .00%<br>CLAIM #: 0057 | NOTICES ONLY<br>NOT FILED<br>ACCT: 1867<br>COMMENT: NOTICES ONLY |
| TOM GILL CHEVROLET<br>7830 COMMERCE DRIVE<br>FLORENCE, KY 41042 | $0.00<br>INT: .00%<br>CLAIM #: 0058 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: BNC |
| WEINSTEIN PINSON & RILEY PS<br>ATTY FOR ALTAIR OH XIII LLC<br>2001 WESTERN AVE STE 400<br>SEATTLE, WA 98121 | $0.00<br>INT: .00%<br>CLAIM #: 0064 | NOTICES ONLY<br>NOT FILED<br>ACCT: LLC<br>COMMENT: NOTICES ONLY #21 |

PAGE 7  -  CHAPTER 13 CASE NO. 14-50639

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| WELLS FARGO BANK NA<br>DBA WELLS FARGO DEALER SERVICES<br>P O BOX 25341<br>SANTA ANA, CA  92799 | $6,120.00<br>INT: 5.25%<br>CLAIM #:  0009 | VEHICLES-SECURED<br><br>ACCT:  5808<br>COMMENT:  2007 HONDA ACCORD |
| WELLS FARGO BANK NA<br>DBA WELLS FARGO DEALER SERVICES<br>P O BOX 25341<br>SANTA ANA, CA  92799 | $25,000.00<br>INT: 5.25%<br>CLAIM #:  0011 | VEHICLES-SECURED<br><br>ACCT:  2036<br>COMMENT:  2007 FREIGHTLINER/BAL<br>UNS |
| WELLS FARGO BANK NA<br>DBA WELLS FARGO DEALER SERVICES<br>P O BOX 19657<br>IRVINE, CA  92623-9657 | $0.00<br>INT:  .00%<br>CLAIM #:  0061 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT:  NOTICES ONLY #11,<br>#9,#10011 |
| WELLS FARGO BANK NA<br>DBA WELLS FARGO DEALER SERVICES<br>P O BOX 25341<br>SANTA ANA, CA  92799 | $8,322.10<br>INT:  .00%<br>CLAIM #:  10011 | UNSECURED<br><br>ACCT:  2036<br>COMMENT:  Split Claim |
| WELLS FARGO BANK, NA<br>DBA WELLS FARGO DEALER SERVICES<br>PO BOX 25341<br>SANTA ANA, CA  92799 | $0.00<br>INT:  .00%<br>CLAIM #:  0010 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT:  BNC |
| WELLS FARGO DEALER SERVICES<br>P.O. BOX 25341<br>SANTA ANA, CA  92799-5341 | $0.00<br>INT:  .00%<br>CLAIM #:  0012 | BNC NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT:  BNC |
| **TOTAL:** | **$115,742.82** | |
| TOMMY S BLALOCK III<br>BLALOCK LAW OFFICES PA<br>620 GREEN VALLEY ROAD STE 209<br>GREENSBORO, NC  27408 | $3,495.00 | ATTORNEY FEE |

KATHRYN L. BRINGLE
P O BOX 2115
WINSTON-SALEM, NC  27102-2115

PAGE 8 - CHAPTER 13 CASE NO. 14-50639

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

Clerk, U.S. Bankruptcy Court
226 South Liberty Street
Winston-Salem, NC 27101

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date: 04/07/2015

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/ Melanie Mounger
Clerk
Chapter 13 Office
P O BOX 2115
WINSTON-SALEM, NC 27102-2115

cc: Debtors
Attorney for Debtors - Electronic Notice