(8/2017)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**WINSTON SALEM DIVISION**

| | |
|---|---|
| In re:<br>    DONALD GARY JONES<br>    JANET KENDRICK JONES<br>         Debtor(s)<br>SSN(1) XXX-XX-9339   SSN(2) XXX-XX-1800 | Case No. 14-50639<br>Judge Catharine R. Aron |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Kathryn L. Bringle, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/09/2014.

2) The plan was confirmed on 09/08/2014.

3) The case was dismissed on 02/07/2018.

4) Number of months from filing to last payment: 40.

5) Number of months case was pending: 46.

6) All checks distributed by the trustee relating to this case have cleared the bank.

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $70,470.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $70,470.00

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,495.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $4,426.23 |
| Other | $53.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $7,974.23

Attorney fees paid and disclosed by debtor:    $205.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLY FINANCIAL | Unsecured | NA | 39,915.11 | 39,915.11 | 0.00 | 0.00 |
| ALTAIR OH XIII LLC | Unsecured | 5,475.72 | 5,475.72 | 5,475.72 | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 586.02 | 596.18 | 596.18 | 0.00 | 0.00 |
| CHASE | Unsecured | 1,179.31 | 1,179.31 | NA | 0.00 | 0.00 |
| DAVIDSON COUNTY TAX COLLECT( | Unsecured | NA | 277.21 | 277.21 | 0.00 | 0.00 |
| DAVIDSON COUNTY TAX COLLECT( | Secured | 643.28 | 496.85 | 496.85 | 496.85 | 30.21 |
| DAVIDSON COUNTY TAX COLLECT( | Secured | NA | 447.92 | 0.00 | 0.00 | 0.00 |
| DAVIDSON COUNTY TAX COLLECT( | Secured | NA | 451.22 | NA | 0.00 | 0.00 |
| DAVIDSON COUNTY TAX COLLECT( | Priority | NA | 304.19 | 304.19 | 0.00 | 0.00 |
| EMERGENCY PHYSICIANS GROUP, L | Unsecured | 148.40 | 148.40 | NA | 0.00 | 0.00 |
| EMPIRE ACCEPTANCE CO INC | Secured | NA | 2,373.14 | 2,373.14 | 964.76 | 0.00 |
| EMPIRE ACCEPTANCE CO INC | Secured | 13,500.00 | 14,876.63 | 0.00 | 8,200.11 | 0.00 |
| FIRSTPOINT COLLECTION RESOURC | Unsecured | 11,639.00 | 11,639.00 | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 223.14 | 223.14 | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 1,000.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 8,339.71 | 8,339.71 | 8,339.71 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 360.05 | 360.05 | 360.05 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 335.63 | 335.63 | 335.63 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Secured | 5,478.13 | 5,561.97 | 5,561.97 | 3,373.20 | 709.29 |
| PROGRESSIVE MANAGMENT | Unsecured | 50.00 | 50.00 | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 2,540.76 | 2,540.76 | 2,540.76 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 487.52 | 487.52 | 487.52 | 0.00 | 0.00 |
| REGIONAL MANAGEMENT CORP. | Unsecured | 2,201.63 | 2,201.63 | NA | 0.00 | 0.00 |
| REGISTER OF DEEDS | Priority | NA | 26.00 | 52.00 | 52.00 | 0.00 |
| SCA COLLECTIONS | Unsecured | 252.00 | 252.00 | NA | 0.00 | 0.00 |
| SFC CENTRAL BANKRUPTCY & REC( | Unsecured | 3,325.88 | 3,325.88 | NA | 0.00 | 0.00 |
| TD BANK USA N.A. | Unsecured | 1,172.06 | 1,172.06 | NA | 0.00 | 0.00 |
| US BANK NA | Secured | 51,500.00 | 55,693.57 | 0.00 | 22,613.21 | 0.00 |
| US BANK NA | Secured | NA | 8,329.16 | 8,329.16 | 3,391.11 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | NA | 8,322.10 | 8,322.10 | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO BANK NA | Secured | 6,204.48 | 6,120.00 | 6,120.00 | 3,982.15 | 752.38 |
| WELLS FARGO BANK NA | Secured | 32,622.62 | 33,322.10 | 25,000.00 | 14,649.91 | 3,280.59 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $30,813.32 | $0.00 |
| Mortgage Arrearage | $10,702.30 | $4,355.87 | $0.00 |
| Debt Secured by Vehicle | $31,120.00 | $18,632.06 | $4,032.97 |
| All Other Secured | $6,058.82 | $3,870.05 | $739.50 |
| **TOTAL SECURED:** | **$47,881.12** | **$57,671.30** | **$4,772.47** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $356.19 | $52.00 | $0.00 |
| **TOTAL PRIORITY:** | **$356.19** | **$52.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$66,649.99** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $7,974.23 |
| Disbursements to Creditors | $62,495.77 |
| **TOTAL DISBURSEMENTS :** | **$70,470.00** |

7) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/12/2018                                By:/s/ Kathryn L. Bringle
                                                                         Trustee

xc  DONALD GARY JONES
    JANET KENDRICK JONES
    U.S. BANKRUPTCY ADMIN
    TOMMY S BLALOCK III
    BLALOCK LAW OFFICES PA
    620 GREEN VALLEY ROAD STE 209
    GREENSBORO, NC  27408

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.